FRANCES LEVENTHAL, Respondent, v. HARRY LEVENTHAL, Appellant.— Order, so far as appealed from, unanimously reversed and the motion granted. No

opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.